MICHAEL E. MITCHELL #240199
MITCHELL LAW GROUP, INC.
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone:    (559) 222-2424
Facsimile:    (559) 222-2434

Attorney for Defendant:
**CHRISTOPHER CLINE**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   Citation No.: 6:13-MJ-00080-MJS-1 |
| Plaintiff, | ) |
| vs. | )   **STIPULATION TO CONTINUE** |
| | )   **ARRAIGNMENT DATE FOR** |
| CHRISTOPHER CLINE , | )   **DEFENDANT CHRISTOPHER CLINE;** |
| Defendant. | )   **ORDER** |
| | ) |
| | )   Date:  August 21, 2013 |
| | )   Time: 10:00 a.m. |
| | )   Place: Yosemite Court |
| | ) |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

    1.    The arraignment hearing for Defendant CHRISTOPHER CLINE presently scheduled for Wednesday August 21, 2013, at 9:00 a.m, may be continued until Tuesday, September 24, 2013, at 10:00 a.m. The reason for this continuance is due to unavailability of counsel on Wednesday August 21, 2013.

Dated: August 18, 2013               /s/ Michael E. Mitchell_____
                                      Michael E. Mitchell, Attorney for
                                      Defendant, CHRISTOPHER CLINE

Dated: August 18, 2013               /s/ Matthew McNease_____
                                        Matthew McNease/National Park Service

## **ORDER**

IT IS SO ORDERED that the arraignment for Defendant Christopher Cline be continued to Tuesday, September 24, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:    **August 19, 2013**

_____
UNITED STATES MAGISTRATE JUDGE